UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SENTRY SELECT INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:07-cv-01049-RLH-LRL |
| v. ) | |
| ) | **MINUTE ORDER** |
| DEAN MEYER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | Dated: October 26, 2010 |

PRESENT:     THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:  Carol DePino     RECORDER:                None

COUNSEL FOR PLAINTIFF:       Lyssa S. Anderson

COUNSEL FOR DEFENDANTS:      William H. Doyle

PROCEEDING: Telephonic Hearing

    IT IS ORDERED that the settlement conference scheduled for November 4, 2010 is vacated pending a resolution of plaintiff's Motion to Disqualify the Doyle Firm and Attorneys William Doyle and Amy Honodel (#185).

    IT IS FURTHER ORDERED that defendants' Request to Appear Telephonically (#213) is denied as moot.

    IT IS, HOWEVER, FURTHER ORDERED that Hannover's insurance representative shall attend the rescheduled settlement conference in person.

    FINALLY, IT IS ORDERED that the discovery cutoff date shall be reset for approximately 75 days following the conclusion of the rescheduled settlement conference.

*/s/ Lawrence R. Leavitt*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**