1  JAMES E. SMYTH II
   Nevada Bar No. 6506
2  LISA J. ZASTROW
   Nevada Bar No. 9727
3  KAEMPFER CROWELL RENSHAW
   GRONAUER & FIORENTINO
4  8345 West Sunset Road, Suite 250
   Las Vegas, Nevada 89113
5  Telephone:  (702) 792-7000
   Fax:        (702) 796-7181

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY,<br><br>                Plaintiff,<br>vs.<br><br>MICHAEL THIEMAN, as an individual; LANCE OTTERSTEIN, as an individual; INSURANCE CORPORATION OF HANNOVER, an Illinois corporation, n/k/a PRAETORIAN INSURANCE COMPANY,<br><br>                Defendants.<br><br>MICHAEL THIEMAN,<br><br>                Counterclaimant,<br>vs.<br><br>SENTRY SELECT INSURANCE COMPANY,<br><br>                Counterdefendant | Case No. 2:07-CV-01049-RLH-LRL<br><br>**ORDER GRANTING EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE AND SPECIAL NOTICE** |

The Court having reviewed the Ex Parte Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice of Special Notice filed by Lisa Zastrow, Esq., of the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino, and Good Cause Appearing, it is hereby

1  ORDERED, Lisa J. Zastrow, Esq., be removed from CM/ECF service list for this matter, it
2  is further
3  ORDERED, the Clerk of Court is directed to take necessary action to effectuate this Order.
4  DATED this  8th  day of  December  , 2010.

_____
UNITED STATED MAGISTRATE JUDGE