# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SENTRY SELECT INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:07-cv-01049-RLH-LRL |
| v. ) | |
| ) | **O R D E R** |
| DEAN MEYER, et al., ) | |
| ) | |
| Defendants. ) | |

This case comes before the court on plaintiff Sentry Select Insurance Company's Motion to Disqualify the Doyle Firm and Attorneys William Doyle and Amy Honodel (#185). The court has considered the motion, defendants Michael Thieman and Insurance Corporation of Hannover's Response (#190), Amy Honodel's separate Response (#189), and plaintiff's Reply (#191). For reasons set forth in a separate written opinion that will be filed next week,

IT IS ORDERED that to the extent the Motion to Disqualify (#185) seeks an order disqualifying William Doyle and Mr. Doyle's law firm from representing Michael Thieman and the Insurance Corporation of Hannover, it is granted.

IT IS FURTHER ORDERED that to the extent it seeks an order disqualifying Amy Honodel, the Motion to Disqualify (#185) is denied as moot.

DATED this 26th day of January, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**