Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Maria D. Toto, Esq.
Nevada Bar No. 11003
MURCHISON & CUMMING, LLP
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957
mnunez@murchisonlaw.com
mtoto@murchisonlaw.com

*Attorneys for Defendant* Michael Thieman

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEAN MEYER as an individual, BILLIE MEYER as an individual; ROBERT MURRAY as an individual; MICHAEL THIEMAN, as an individual; LANCE OTTERSTEIN, as an individual; MURRAY TRANSPORTATION, INC., a Nevada Corporation,<br><br>Defendant. | CASE NO. 2:07-CV-01049 RLH-LRL<br><br>**INTERIM STATUS REPORT; STIPULATION AND [PROPOSED] ORDER TO CONTINUE OPPOSITION, REPLY AND HEARING DATES ON THE MOTION FOR RELIEF FROM UNDERLYING COMPROMISE SETTLEMENT** |

Pursuant to LR 26-3 SENTRY SELECT INSURANCE COMPANY ("Plaintiff"); MICHAEL THIEMAN; INSURANCE CORPORATION OF HANNOVER; and PRAETORIAN INSURANCE COMPANY (hereinafter, collectively, "Defendants"), by and through their respective counsel of record, hereby submit their Interim Status Report, Stipulation and proposed Order to Continue

1

Opposition, Reply and Hearing Dates on the Motion for Relief from Underlying Compromise Settlement. The parties hereby submit the following stipulation and order as follows:

On Thursday May 12, 2011, counsel contacted MICHAEL THIEMAN for the first time through the utilization of a public record search and by engaging the services of an investigator. Additionally, on or about May 2, 2011, counsel for MICHAEL THIEMAN received and began a comprehensive review of approximately fourteen (14) banker's boxes containing records from prior counsel, William Doyle's office.  Inasmuch as additional time is requested to analyze a position on Plaintiff's present Motion for Relief from Underlying Compromise Settlement, counsel for MICHAEL THIEMAN requested and received counsels' consent to continue the currently scheduled dates.

THE PARTIES HEREBY STIPULATE AND AGREE, and propose the following continued dates regarding the pending Motion for Relief from Underlying Compromise Settlement:  June 17, 2011:  Deadline to file a Response to the Motion for Relief from Underlying Compromise Settlement and July 18, 2011:  Deadline to Reply to any Response filed to the Motion for Relief from Underlying Compromise Settlement

THE PARTIES HEREBY FURTHER STIPULATE AND AGREE, and request that this Court set a status conference following the hearing on the Motion for Relief from Underlying Compromise Settlement.

DATED: May 18, 2011

            **MURCHISON & CUMMING, LLP**

By _____
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Maria D. Toto, Esq.
Nevada Bar No. 11003
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada  89145
Attorneys for Defendant Michael Thieman

DATED: May _18_, 2011

FOX ROTHSCHILD, LLP

By  /s/ *Lyssa S. Anderson*
Lyssa S. Anderson, Esq.
Nevada Bar No. 5781
Lisa J. Zastrow, Esq.
Nevada Bar No. 9727
3800 Howard Hughes PKWy, Suite 500
Las Vegas, NV  89169
Telephone: 702-262-6899
Facsimile: 702-597-5503
Attorneys for Plaintiff Sentry Select Insurance Co.

DATED: May ___, 2011

DENNETT WINSPEAR, LLP

By  *See next Page*
Ryan L. Dennett, Esq.
Nevada Bar No. 5617
Matthew Sarnoski, Esq.
Nevada Bar No. 9176
3301 N. Buffalo Drive, Suite 195
Las Vegas, NV  89129
Telephone: 702-839-1100
Facsimile: 702-839-1113

Attorneys for Murray Transportation

///
///
///
///
///
///
///
///
///

DATED: May ___, 2011

                          **FOX ROTHSCHILD, LLP**

                          By _____
                               Lyssa S. Anderson, Esq.
                               Nevada Bar No. 5781
                               Lisa J. Zastrow, Esq.
                               Nevada Bar No. 9727
                               3800 Howard Hughes PKWy, Suite 500
                               Las Vegas, NV  89169
                               Telephone: 702-262-6899
                               Facsimile: 702-597-5503
                               Attorneys for Plaintiff Sentry Select Insurance Co.

DATED: May _18_, 2011

                          **DENNETT WINSPEAR, LLP**

                          By _/s/ M. Sarnoski_____
                               Ryan L. Dennett, Esq.
                               Nevada Bar No. 5617
                               Matthew Sarnoski, Esq.
                               Nevada Bar No. 9176
                               3301 N. Buffalo Drive, Suite 195
                               Las Vegas, NV  89129
                               Telephone: 702-839-1100
                               Facsimile: 702-839-1113

                               Attorneys for Murray Transportation

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DATED: May ___, 2011

OLSON CANNON GORMLEY DESRUISSEAUX

By _____
George R. Lyles, Esq.
Nevada Bar No. 809
Soonhee A. Bailey, Esq.
Nevada Bar No. 8763
9950 West Cheyenne Avenue
Las Vegas, NV  89129
Telephone: 702-384-4012
Facsimile: 702-383-0701
Special Counsel for Chapter 7 Panel Trustee, Yvette Weinstein for the Estate of Lance Otterstein

IT IS SO ORDERED

Dated: May 19, _____, 2011.

_____
U.S. MAGISTRATE JUDGE

Submitted by:

MURCHISON & CUMMING, LLP

By: _____
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Maria D. Toto, Esq.
Nevada Bar No. 11003
6900 Westcliff Drive, Suite 605
Las Vegas, NV 89145
*Attorneys for Defendant* Michael Thieman