# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SENTRY SELECT INSURANCE, | 2:07-cv -01049-RLH-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| MICHAEL THIEMAN, *et al.,* | |
| Defendants. | |

Before the Court is the Plaintiff's Substitution of Counsel. (245).  On page 2 of the Substitution of Counsel, attorney Lyssa S. Anderson states on that the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino is substituting as counsel of record in place and stead of the law firm of Fox Rothschild LLP.  Ms. Anderson has signed her name for both law firms and for Plaintiff Sentry Select Insurance.  Under LR IA 10-6(c), the substitution of counsel must bear the signatures of the attorneys and of the client represented.

IT IS HEREBY ORDERED that the substitution of counsel (245) is stricken without prejudice.

IT IS FURTHER ORDERED that the new substitution of counsel must bear the original signatures of the client represented and of another counsel for the law firm of Fox Rothschild LLP.

DATED this 12th day of June, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE