# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY, | 2:07-cv -01049-RLH-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| DEAN MEYER, as an individual, *et al.,* | [Motion to Enforce Settlement Agreement and to Appoint Attorney in Fact #249, #251] |
| Defendants. | |

Before the Court is Defendant Yvette Weinstein's Motion to Enforce Settlement Agreement and to Appoint Attorney in Fact (#249, 251). To date, an opposition has not been filed. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion."

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED the Motion to Enforce Settlement Agreement and to Appoint Attorney in Fact (#249, 251) is Granted.

IT IS FURTHER ORDERED that on or before August 10, 2012, Defendant Yvette Weinstein will file a proposed order appointing Michael Nunez, Esq. as attorney in fact for Defendant/Counter-Claimant, Michael Theiman for the undersigned Judge to review and a Word version of the proposed order must be e-mailed to vcf_chambers@nvd.uscourts.gov.

DATED this 3rd day of August, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE